UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BENJAMIN ERICKSON,

     Plaintiff,

    v.

ALLEN MEDIA BROADCASTING, LLC,

     Defendant.

Case No. 3:26-cv-423

---

## NOTICE OF REMOVAL

NOW COMES Defendant, Allen Media Broadcasting, LLC ("Defendant"), by its counsel, and hereby removes this civil action to the United States District Court for the Western District of Wisconsin from the Circuit Court of Dane County, Wisconsin, Case No. 2026CV001047, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.  In support of this Notice, Defendant states as follows:

## I.  STATE COURT ACTION

1.  On or about April 3, 2026, this action was commenced in the Circuit Court of Dane County, Wisconsin when Plaintiff Benjamin Erickson ("Plaintiff") filed his Complaint (the "State Court Action"). Attached to this Notice of Removal as **Exhibit A** is a copy of the docket and all process, pleadings, and orders served upon Defendant in the State Court Action in compliance with 28 U.S.C. § 1446(a).

2.  Defendant received service of the Summons and Complaint on April 10, 2026.

3.  Notice is filed within 30 days of Defendant's receipt of the initial pleading, as required by 28 U.S.C. § 1446(b). Defendant has not yet responded to the Complaint, and no substantive proceedings have occurred in the State Court Action.

## II.    DIVERSITY JURISDICTION

4.    This Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a).

5.    The Complaint alleges that Plaintiff Benjamin Erickson is domiciled in Ozaukee County, Wisconsin and is therefore a citizen of Wisconsin.  Plaintiff lives in Cedarburg, Wisconsin.

6.    Defendant Allen Media Broadcasting, LLC is a California limited liability company. Defendant LLC's sole member is Allen Media Broadcast Holdings LLC, a Delaware limited liability company. The sole member of Allen Media Broadcast Holdings LLC is Allen Media, LLC, a Delaware limited liability company. The sole member of Allen Media, LLC is Allen Media Holdings, LLC, a Delaware limited liability company. The sole member of Allen Media Holdings, LLC, is Allen Media Holdings II, LLC, a Delaware limited liability company. The sole member of Allen Media Holdings II, LLC is Byron Allen, a California citizen living in Los Angeles, California. Accordingly, Defendant is a citizen of California for purposes of 28 U.S.C. § 1332. *Cosgrove v. Bartolotta*, 150 F.3d 729, 731 (7th Cir. 1998).

7.    Defendant is the only named and served defendant in this action; therefore, consent of additional defendants is not required under 28 U.S.C. § 1446(b)(2)(A).

8.    Complete diversity exists because Plaintiff is a citizen of Wisconsin and Defendant is a citizen of California.

## III.    AMOUNT IN CONTROVERSY

9.    Plaintiff asserts a claim for libel per se and seeks compensatory and punitive damages for alleged reputational harm, emotional distress, and related injuries.

10.    Based on the nature of the claim raised and the categories of damages sought, including punitive damages, Plaintiff's Complaint alleges damages in excess of $75,000, exclusive of interest and costs.  *See* **Exhibit A**, Plaintiff's Complaint.

11.     Accordingly, this Court has diversity jurisdiction over the State Court Action and the State Court Action is removable because there is complete diversity of citizenship between the parties and the alleged amount in controversy exceeds $75,000, exclusive of interest and costs. *See* 28 U.S.C. § 1332(a).

## IV.    VENUE

12.     This action is pending in the Circuit Court for Dane County, Wisconsin, which is located within the Western District of Wisconsin. Venue is therefore proper because the Circuit Court of Dane County, Wisconsin is within the judicial district of this Court. *See* 28 U.S.C. § 130.  Removal to this Court is therefore proper under 28 U.S.C. § 1441(a).

## V.    NOTICE

13.     Concurrently with filing this Notice of Removal, Defendant is giving written notice of the filing of this Notice of Removal to all parties of record and filing a copy of the Notice of Removal with the clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

14.     Defendant has not yet responded to Plaintiff's Complaint and the time for answering the Complaint has not yet expired.  No further proceedings have occurred in the State Court Action.

## VI.    RESERVATION OF DEFENSES

15.     Defendant reserves all defenses, including those under Federal Rule of Civil Procedure 12, and does not waive any such defenses by filing this.

WHEREFORE, Defendant removes this action to the United States District Court for the Western District of Wisconsin, and requests that no further proceedings be had in the Circuit Court of Dane County, Wisconsin.

3

Respectfully submitted,

Dated:  May 6, 2026.

GODFREY & KAHN, S.C.


*s/Maxted Lenz*
Maxted Lenz
State Bar No. 1104692
One East Main Street, Suite 500
P.O. Box 2719
Madison, WI 53701-2719
Phone:  608-257-3911
Fax:  608-257-0609
mlenz@gklaw.com

*Attorneys for Allen Media Broadcasting, LLC*

38354183.2